# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ARCHON CORPORATION, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:09-cv-00563-RLH-VCF |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Administrative Closure) |
| GIBSON, DUNN & CRUTCHERM, LLP, | ) | |
| | ) | |
| Defendant(s). | ) | |

      Pursuant to Order #23 (filed, August 23, 2009) and Order #24 (filed, January 14, 2010, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened if necessary.

      Dated: March 28, 2012.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE